UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DANIEL JOHNSON,

    Petitioner,

v.

GROUNDS (Warden),

    Respondent.

Case No. EDCV 12-00223 MMM (AN)

JUDGMENT

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: March 8, 2012

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE