FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy   DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL JOHNSON,<br>　　Petitioner,<br>　v.<br>GROUNDS (Warden),<br>　　Respondent. | Case No. EDCV 12-00223 MMM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: March 8, 2012

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY